In the Matter of the Petition of BURR R. BROWN, Respondent, v. HARRAL

MULLIKEN, Appellant, and Others, Defendants.— Motions denied, without costs. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.